## Case No. 7,396.

JOHNSON v. MASON.

[3 Cranch, C. C. 294.] [1]

Circuit Court, District of Columbia. May Term, 1828.

THE COURT (nem. con.) was of opinion that if the petitioner was not brought into this county for sale or to reside, she is not entitled to freedom under the Maryland act of 1796 (chapter 67), and that the act meant a permanent residence, a residence without expectation of change.